**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING MOTION FOR REHEARING

Appellate case name:      In re Christopher Augustine Gabel

Appellate case number:    01-22-00110-CV

Trial court case number:  2018-67980

Trial court:              257th District Court of Harris County

Date Motion filed:        June 16, 2022

Party filing motion:      Relator

It is ordered that Relator's Motion for Rehearing of 2 June 2022 Order Denying Relator's Petition for Writ of Mandamus and 2 June 2022 Order Denying Writ of Prohibition is **denied**.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting for the Court

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Date:   July 21, 2022